**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLID STATE ELEVATOR CORP.,

                Plaintiff,

      v.

ARCBEST CORP.,

                Defendant.

No.  20-CV-2419 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, the parties are hereby ORDERED to submit a joint letter, by no later than November 9, 2020, updating the Court on whether discovery has been completed, and whether it would be productive to refer the case to a Magistrate Judge or to the Southern District's Mediation Program for settlement discussions.

SO ORDERED.

Dated:    October 30, 2020
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge