**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SOLID STATE ELEVATOR CORPORATION,

                      Plaintiff,                   20-cv-2419 (RA) (OTW)

      -against-                       **ORDER**

ARCBEST CORP.,

                     Defendant.
------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    The Court will hold a Status Conference in this matter telephonically on **Thursday, March 04, 2021 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

    **SO ORDERED.**

Dated: January 28, 2021
       New York, New York

                                            *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                 United States Magistrate Judge