**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SOLID STATE ELEVATOR CORPORATION,

                          Plaintiff,                      20-cv-2419 (RA) (OTW)

         -against-                      **AMENDED ORDER**

ARCBEST CORP.,

                        Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Status Conference originally scheduled for March 4, 2021 at 2:30 p.m. has been rescheduled to **Thursday, March 04, 2021 at 10:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: March 1, 2021
       New York, New York

                                                    *s/ Ona T. Wang*
                                                        **Ona T. Wang**
                                              United States Magistrate Judge