UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLID STATE ELEVATOR CORPORATION,

                 Plaintiff,               20-cv-2419 (RA) (OTW)

      -against-                **AMENDED ORDER**

ARCBEST CORP.,

                 Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the directions given at today's discovery status conference, Plaintiff is ORDERED to serve verified amended interrogatory responses on Defendant by **March 15, 2021**. The parties shall file a joint status letter on **March 31, 2021** unless the parties have reached a settlement by that date.

    SO ORDERED.

                                                        _s/ Ona T. Wang_

Dated: March 4, 2021                         **Ona T. Wang**
       New York, New York             United States Magistrate Judge